```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MAUREEN J. CAULFIELD,              :

                    Plaintiff,     :

          - against -              :
                                        07 Civ. 1257 (DC)
IMAGINE ADVISORS, INC. et al.,     :

                    Defendants.    :

- - - - - - - - - - - - - - - - - -x
```



**ORDER**

**CHIN, District Judge**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   March 31, 2009
         New York, New York

                                   _____
                                   DENNY CHIN
                                   United States District Judge